UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUCILE SALTER PACKARD, CHILDREN'S HOSPITAL AT STANFORD<br>      Plaintiff<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, DOES 1 THROUGH 25 INCLUSIVE,<br><br>      Defendants. | Case No. 1:25-cv-4533 |

**DEFENDANT HEALTH CARE SERVICE CORPORATION'S
<u>NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Health Care Service Corporation, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. No individual or entity either directly or indirectly owns more than 5% of Health Care Service Corporation.

2. Health Care Service Corporation is not a publicly traded company, has no parent corporation, is not a subsidiary or affiliate of a publicly held corporation, and has no publicly held affiliate.

Dated: April 25, 2025

Respectfully submitted,

By: */s/ Claudia L. Cortes*
Martin J. Bishop
Alexandra M. Lucas
Claudia L. Cortes
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
mbishop@reedsmith.com
alucas@reedsmith.com
ccortes@reedsmith.com
T: 312.207.1000

- 2 -

F: 312.207.6400

*Attorneys for Defendant*
*Health Care Service Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the ECF System, which will send notice to all counsel of record in this lawsuit. I hereby further certify that I served the document upon the counsel below via email:

David F. Mastan
Marcus R. Morrow
Lauren K. Miller
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN INC.
20 N. Clark Street, Suite 3300
Chicago, IL 60602
dmastan@sacfirm.com
mmorrow@sacfirm.com
lmiller@sacfirm.com

                                                */s/ Claudia L. Cortes*